UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE
CHRISTOPHER J. JONES, SR.　　　　　　　　　　　　　CASE 09-12854-WSS-13
DEBYTHIA D. DUBOSE-JONES
Debtor(s)

## MOTION FOR INSTRUCTIONS

　　COMES NOW, John C. McAleer III, Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby requests the Court render instructions regarding an insurance check received from GEICO Insurance for $15,371.05. The secured portion of HSBC Auto Finance's claim (ECF claim 6) has a balance owed of $20,035.34 on the totaled 2006 Nissan Maxima.

　　WHEREFORE, the premises considered, the Chapter 13 Trustee respectfully prays that this Court will enter an order as to the insurance proceeds.

DATE: September 30, 2010　　　　　　　　　　　　　/s/ John C. McAleer, III
　　　　　　　　　　　　　　　　　　　　　　　　JOHN C. McALEER, III
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of, September, 2010 served a copy of the above motion to the parties listed below by mailing same through the United States Mail.

　　　　　　　　　　　　　　　　　　　　　　　　/s/John C. McAleerIII
　　　　　　　　　　　　　　　　　　　　　　　　JOHN C. McALEER, III
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

Christopher J. Jones, Sr.
Debythia D. Dubose-Jones
Brenda D. Hetrick

HSBC Auto Finance　　　　　　GEICO Indemnity Insurance Co.
P. O. Box 60130　　　　　　　One Geico Center
City of Industry, CA 91716　　Macon, GA 31296